ACCEPTED
03-14-00819-cv
5180997
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 4:05:04 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00819-CV

IN THE COURT OF APPEALS FOR THE
THIRD COURT OF APPEALS DISTRICT
AUSTIN DIVISION

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/6/2015 4:05:04 PM
JEFFREY D. KYLE
Clerk

*Judy Weirich*

*v.*

*IESI Corp. and Southside Wrecker, Inc.*

**APPELLEE SOUTHSIDE WRECKER, INC.'S MOTION FOR
EXTENSION OF TIME TO FILE BRIEF OF APPELLEE**

TO THE HONORABLE COURT OF APPEALS:

Appellee, Southside Wrecker, Inc., respectfully presents this Motion to Extend Time to File its Brief of Appellee pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d). In support of its Motion, Appellee would show unto the Court the following:

**I.**

The Appellant filed her brief on April 16, 2015. Appellee's briefs are due to be filed on May 18, 2015.

**II.**

Appellee Southside Wrecker, Inc. requests an additional thirty (30) days from May 18, 2015, or up to and including June 17, 2015 within which to file its brief.

This extension is necessary because personal and professional commitments of Appellee's counsel will prevent completion of the brief and/or will preclude its filing by the current deadline of May 18, 2015.

## III.

Appellee Southside Wrecker, Inc. neither requested nor obtained any previous extension to file its Brief of Appellee.

## IV.

Neither counsel for the Appellant Judy Weirich nor the Co-Appellee IESI Corporation are opposed to the relief sought herein.

WHEREFORE, PREMISES CONSIDERED, Appellee Southside Wrecker, Inc. requests that the Court grant its Motion for Extension of Time in which to file its brief, extending the current May 18, 2015 deadline thirty (30) days, up to and including June 17, 2015 and that the Court grant such other and further relief to which Appellee Southside Wrecker, Inc. may show itself to be justly and equitably entitled.

Respectfully submitted,

THE PETRAS LAW FIRM PLLC

By: _____
George J. Petras IV
1504 San Antonio Street
Austin, Texas  78701

(512) 334-9583 Telephone
(512) 334-9709 Facsimile
State Bar No. 15850510
gpetras@petraslawfirm.com

**ATTORNEY FOR APPELLEE
SOUTHSIDE WRECKER, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify pursuant to TEX. R. APP. P. 10.1(a)(5) that Counsel for Appellee Southside Wrecker, Inc. conferred with all counsel of record via email on May 5, 2015 regarding the merits of this Motion and both counsel for the Appellant Judy Weirich and Co-Appellee IESI Corporation have no opposition to this Motion.

_____
George J. Petras IV

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Appellee Southside Wrecker, Inc.'s Motion for Extension of Time to File Brief of Appellee** was delivered to the attorneys of record via electronically pursuant to TEX. R. APP. P. 9.15(b)(1) and First Class U.S. Mail, on this 6th day of May, 2015:

**VIA E-FILE
AND U.S. MAIL**
Zachary P. Hudler
Zachary P. Hudler, P.C.
P.O. Box 1728
Johnson City, Texas 78636
zachary@hudlerlaw.com

**VIA E-FILE**
**AND U.S. MAIL**
Vaughn Waters
Thornton, Biechlin, Segrato, Reynolds & Guerra, L.C.
Fifth Floor
One International Centre
100 N.E. Loop 410
San Antonio, Texas 78216
vwaters@thorntonfirm.com

George L. Petras IV